IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SS Body Armor I, Inc., *et al.*,<br><br>Debtors.[1] | § Chapter 11<br>§<br>§ Case No. 10-11255 (CSS)<br>§ Jointly Administered<br>§<br>§<br>§ Re: D.I. 4469 |

NOTICE OF APPEAL OF JON JACKS

Jon Jacks ("Jacks"), pro se, hereby appeals under U.S.C. § 158(a) from the Memorandum Order dated July 21, 2020 [D.I. 4469] (the "Order") that denied the *Equity Group's Motion to Enforce the Second Amended Joint Chapter 11 Plan of Liquidation Proposed by Debtors and Official Committee of Unsecured Creditors Regarding Class 3 and Class 4 Satisfaction* [D.I. 4377]. A copy of the Order is attached hereto as Exhibit A.

Dated: August 3, 2020

Respectfully submitted,

_____
Jon Jacks, Pro Se
1479 Ashford Ave. #912
San Juan, PR 00907
903-738-6202
jon@stockhub.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: SS Body Armor I, Inc. (9361); SS Body Armor II, Inc. (4044); SS Body Armor III, Inc. (9051); and PBSS, LLC (8203). All correspondence and pleadings for the Debtors must be sent to SS Body Armor I, Inc., *et al.*, c/o Pachulski Stang Ziehl & Jones, LLP, 9191 North Market St., 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones.

## CERTIFICATE OF SERVICE

I, Jon Jacks, herby certify that I am not less than 18 years of age and that on this 3rd day of August 2020, I caused a true and correct copy of the foregoing *Notice of Appeal of Jon Jacks* to be served upon the parties listed below via electronic mail.

Arent Fox LLP
George P. Angelich
1301 Avenue of the Americas, 42nd Floor
New York, New York 10019
Email:  george.angelich@arentfox.com
beth.brownstein@arentfox.com

Jane Leamy, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801
Email:  jane.m.leamy@usdoj.gov

Frederick B. Rosner
Scott James Leonhardt
Jason A. Gibson
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, Delaware 19801
Email:  rosner@teamrosner.com
leonhardt@teamrosner.com
gibson@teamrosner.com